AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br><br>Jeremy Zamyslowski<br><br>_Defendant_ | ) Case No. CR 14-240 SRN/FLN<br>) 1441-0723-1273-A<br>)<br>)<br>) |

**RECEIVED**
2014 JUL 23 AM 7 47
US MARSHALS SERVICE
MPLS MN

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Jeremy Zamyslowski
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1 - Escape, 18:751(a).


Date:  07/22/2014

_Issuing officer's signature_

City and state:  Minneapolis, MN

Kim Krulas, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_